David J Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN: 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

*Attorneys for Defendant,*
COMENITY BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI GIAVASIS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COMENITY BANK,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-05791-MWF-JC<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

　　PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, NIKKI GIAVASIS, and Defendant, COMENITY BANK.  In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

Dated: September 9, 2016　　　　　　　　**CARLSON & MESSER LLP**

　　　　　　　　　　　　　　　　　　　　/s/Alex A. Wade
　　　　　　　　　　　　　　　　　　　　David J. Kaminski
　　　　　　　　　　　　　　　　　　　　Alex A. Wade

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　COMENITY BANK